**David E. JONES, Appellant,**

**v.**

**Geoffrey BULLARD, Corporal, Faulkner County Sheriff's Office; Karl Byrd, Sheriff, Faulkner County Sheriff's Office, Appellees.**

No. 08–2990.

United States Court of Appeals, Eighth Circuit.

Submitted: May 5, 2009.

Filed: May 11, 2009.

David E. Jones, Wrightsville, AR, pro se.

William Clay Brazil, Brazil & Adlong, Conway, AR, Jeremy Michael McNabb, Jason E. Owens, Rainwater & Holt, Little Rock, AR, for Appellees.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

David Jones appeals the district court's[1] denial of his motion for injunctive relief in his 42 U.S.C. § 1983 action. We conclude that the district court did not clearly err in its factual determinations, err on the law, or abuse its discretion in denying Jones's motion for a preliminary injunction. *See United Indus. Corp. v. Clorox Co.*, 140 F.3d 1175, 1178–79 (8th Cir.1998) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.

1. The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.